UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 10-11966-RWZ

ARNOLD NOEL

v.

WORKOUT WORLD, INC., *et al.*

ORDER
January 21, 2011

ZOBEL, D.J.

Defendants have moved to dismiss the complaint on the grounds that the action is barred by the doctrine of res judicata and that plaintiff submitted a false affidavit in support of his claims (Docket # 4). In lieu of an opposition plaintiff, who is acting pro se, has moved 1) that defendants be required to submit the entire deposition of the affiant and that they be ordered to cause the affiant to submit a further affidavit (Docket # 7), and 2) to strike "Mr. Rosenberg's motion" (Docket # 10)

Plaintiff's motions are denied. If he wishes to support his contentions with affidavits and/or additional deposition excerpts, it is up to him to obtain such. The motion to strike is full of unverified assertions, accusations and innuendo and it is unclear what plaintiff seeks to strike.

With respect to the motion to dismiss, the court cannot follow defendants' references to the complaint, and the exhibits attached thereto and the exhibits attached to their memorandum are inadequate to the task of deciding the res judicata argument.

Accordingly, defendants shall supplement their submission with the pleadings and decisions in the earlier cases the full text of which is not already part of the record. They shall do so by January 31, 2011. Plaintiff may file an opposition to the motion to dismiss, as supplemented, by February 14, 2011. The court will then decide the pending motion to dismiss on the papers.

|  |  |
|---|---|
| January 21, 2011 | /s/Rya W. Zobel |
| DATE | RYA W. ZOBEL |
|  | UNITED STATES DISTRICT JUDGE |