UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 10-11966-RWZ

ARNOLD NOEL

v.

WORKOUT WORLD, INC., *et al.*

ORDER
November 7, 2011

ZOBEL, D.J.

On July 14, 2011, this court allowed a motion to dismiss by all defendants except Professional Fitness, which had not been served. It further ordered plaintiff to make service on the last named defendant by July 21, 2011, in default thereof the complaint would be dismissed. On July 20, 2011, plaintiff filed a proof of service that shows service of a summons by a constable on defendant at "Morrison Mahoney LLP, 250 Summer Street, Boston MA 02210, Professional Fitness." The date inserted is 12-10-10. This is not sufficient service on the defendant Professional Fitness and the complaint against this defendant is dismissed.

Judgment may be entered dismissing the complaint.

   November 7, 2011                                /s/Rya W. Zobel
           DATE                                       RYA W. ZOBEL
                                                  UNITED STATES DISTRICT JUDGE